UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PANDORA JEWELRY, LLC,

    Plaintiff,

v.                                                        Case No. 8:06-cv-845-T-24 MSS

CAPPOLA CAPITAL CORPORATION
d/b/a Unodomani USA, Biagi Jewelry,
and Biagi Florida,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Reinstate Case (Doc. No. 121), Defendant's Motion to Strike and/or Stay Plaintiff's Motion (Doc. No. 122), and Plaintiff's response in opposition (Doc. No. 123).

Defendant filed for bankruptcy on February 19, 2008. Thereafter, this Court stayed this case. (Doc. No. 120). Plaintiff moves to reopen this case due to the bankruptcy court's dismissal of the bankruptcy case. Defendant responds that Plaintiff's motion should not be granted, because Defendant filed a motion for reconsideration in the bankruptcy case regarding the bankruptcy court's dismissal. Upon review of the bankruptcy court file, this Court has found that the bankruptcy court has set a hearing on Defendant's motion for reconsideration of the dismissal of its bankruptcy case. As such, the Court finds that it is premature to reopen this case at this time.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Plaintiff's Motion to Reinstate Case (Doc. No. 121) is **DENIED**; and

(2)    Defendant's Motion to Strike and/or Stay Plaintiff's Motion (Doc. No. 122) is

**DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of September, 2008.

                                                                          *Susan C. Bucklew*
                                                                          SUSAN C. BUCKLEW
                                                                          United States District Judge

Copies to:
Counsel of Record